IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE KRISTIAN CRAIG PRINGLE, IV,

    Plaintiff,

v.                                    Case No. 4:16cv536-MW/CAS

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Defendant's amended motion to dismiss, ECF No. 16, is **GRANTED**. This case is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED** on January 10, 2017.

                                            s/Mark E. Walker        ____
                                            **United States District Judge**